```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675035176
Cashier ID: dsawyer
Transaction Date: 02/23/2015
Payer Name: Phleps Dunbar LLP
----------------------------------------
MISCELLANEOUS PAPERS
 For: Phleps Dunbar LLP
 Case/Party: D-TNM-3-15-MC-000001-001
 Amount:         $46.00
----------------------------------------
CHECK
 Check/Money Order Num: 105165
 Amt Tendered:  $46.00
----------------------------------------
Total Due:      $46.00
Total Tendered: $46.00
Change Amt:     $0.00
```